B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

Northern District of Texas

In re  Buena Vista Houses LLC  ,
            Debtor

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| See attached. | | | | |

Date:  9/6/2010

          [signature]  Managing Member
          Debtor

*[Declaration as in Form 2]*

# ATTACHMENT
# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Carmen Fernandez-Vinas<br>3812 Kelly Pl.<br>Carrollton, TX 75006 | Carmen Fernandez-Vinas<br>Same Address | Investment | | $40,000.00 |
| City of Dallas<br>Tax Assessor<br>500 Elm Street<br>Dallas, TX 75202-6308 | City of Dallas<br>Tax Assessor<br>500 Elm Street<br>Dallas, TX 75202-6308 | Taxes | | $6,365.00 |
| Collin County Tax Assessor and Collector<br>P.O. Box 8006<br>McKinney, TX 75070 | Collin County Tax Assessor and Collector<br>P.O. Box 8006<br>McKinney, TX 75070 | Taxes | | |
| Cynergy Partners LLC<br>656 Sword Bridge<br>Lewisville, TX 75056 | Cynergy Partners<br>Shawn Jantzen<br>Same address<br>214-517-6312 | Investment | | $140,000.00 |
| Denton County Tax Assessor<br>1505 E. McKinney St.<br>Denton, TX 76201 | Denton County Tax Assessor<br>1505 E. McKinney St.<br>Denton, TX 76201 | Taxes | | $3,959.00 |
| Dinah Griggsby<br>606 6th Place SW<br>Washington, DC 20024 | Dinah Griggsby<br>Same Address<br>202-340-1350 | Investment | | $100,000.00 |
| Entrust Mid South LLC FBO:<br>Dinah Griggsby<br>1605 Murray Street, Suite 210<br>Alexandria, LA 71301 | Entrust Mid South LLC FBO:<br>Dinah Griggsby<br>Darlene Lawson<br>888-448-3036 | Investment | | $75,000.00 |
| Gary Chancellor<br>4009 Adams Circle<br>Plano, TX 75023 | Gary Chancellor<br>Same Address<br>972-599-9412 | Investment | | $362,000.00 |
| Healthy Futures LLC<br>16232 E. Inca Ave<br>Fountain Hills, AZ 85268 | Healthy Futures LLC<br>Same Address<br>480-451-8500 | Investment | | $75,000.00 |

| | | | | |
|---|---|---|---|---|
| Home Depot Commercial Account<br>PO Box 6031<br>The Lakes, NV 88901-6031 | | Trade Debt | | $6,000.00 |
| MasterCard<br>Home Depot Credit Services<br>PO Box 6925<br>The Lakes, NV 88901-6925 | | Trade Debt | | $21,000.00 |
| Mia Elwood<br>16232 E. Inca Avenue<br>Fountain Hills, AZ 85268 | Mia Elwood<br>Address the Same<br>480-451-8500 | Investment | | $50,000.00 |
| Montgomery Concia Greilich LLP<br>2500 Dallas Parkway Suite 300<br>Plano, TX 75093 | Montgomery Concia Greilich LLP | Accounting Services | | $12,100.00 |
| Roch Investments<br>1115 Twilight Drive<br>Lewisville, TX 75056 | Helen Ward<br>Same Address | Investment | | $225,000.00 |
| Rockwall County Tax Assessor<br>101 S. Fannin<br>Rockwall, TX 75087 | Rockwall County Tax Assessor<br>101 S. Fannin<br>Rockwall, TX 75087 | Taxes | | |
| Santo & Desiree Baiamonte<br>3505 Tolmas Drive<br>Metairie, LA 70002 | Santo & Desiree Baiamonte<br>Same Address<br>504-512-1570 | Investment | | $221,000.00 |